IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII LABORERS' TRUST FUNDS (Hawaii Laborers' Health and Welfare Trust Funds by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakakmura, Stephanie C. Mahelona, Walter Arakaki, Antonio J. Saguibo,Jr., Anacleto Alcantra), | ) ) ) ) ) ) ) ) ) ) ) | CV 05-00072SPK-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| L & F MASONS, LLC, a Hawaii corporation | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 23, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings of

Fact and Recommendation for Disposition Re: Plaintiff's Motion For Entry of

Default Judgment Against Defendant L & F Masons, LLC" are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 20, 2007.



Samuel P. King
Senior United States District Judge

2